1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA
10

| | | |
|---|---|---|
| GABRIEL JOHN SARACENO, aka Jonathan Picollo, | ) ) ) | Case No. CV 08-7744-PSG  (OP) |
| Petitioner, | ) ) ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE |
| v. | ) ) ) | JUDGE |
| WARDEN CLAY, | ) ) ) | |
| Respondent. | ) ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all the records and files herein, and the Amended Report and Recommendation of the United States Magistrate Judge, and the objections filed by Petitioner and Respondent, de novo. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1    IT IS ORDERED that Judgment be entered: (1) approving and adopting this

2   Amended Report and Recommendation; (2) denying Respondent's Motion to Dismiss

3   as moot; and (3) directing that Judgment be entered denying the First Amended

4   Petition and dismissing this action with prejudice.

5

6

7   DATED:    July 20, 2010

8                                                      HONORABLE PHILIP S. GUTIERREZ
                                                       United States District Judge

9

10

11   Prepared by:

12

13

14   HONORABLE OSWALD PARADA
     United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28