JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL JOHN SARACENO, aka Jonathan Picollo,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN CLAY,<br><br>Respondent. | Case No. CV 08-7744-PSG (OP)<br><br>J U D G M E N T |

Pursuant to the Amended Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: July 20, 2010

HONORABLE PHILIP S. GUTIERREZ
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge